IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00320 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING CERTIFICATE OF APPEALABILITY OF ORDER DENYING DEFENDANT'S MOTION UNDER SECTION 2255 AND DENYING REQUEST TO PROCEED IN FORMA PAUPERIS** |
| RENE NAVAREZ, | |
| Defendant. | |

A recent order denied defendant's motion to vacate, set aside, or correct his sentence under Section 2255. A certificate of appealability is now requested. Pursuant to 28 U.S.C. 2253(c), a district judge may issue a certificate of appealability if the "applicant has made a substantial showing of the denial of a constitutional right." Where a district judge has denied a habeas petition on procedural grounds, without reaching the defendant's underlying constitutional claims, as here, the defendant must show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Defendant has failed to make this showing. Consequently, a certificate of appealability is **DENIED**.

Defendant has also requested leave to proceed in forma pauperis, but has not submitted information in support of his request. The request to proceed in forma pauperis is **DENIED**,

without prejudice to resubmission with the appropriate materials. The Clerk shall serve this order on defendant.

**IT IS SO ORDERED.**

Dated: February 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE